IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL NO:

MICHELLE DUNAWAY, *Plaintiff*

vs. **COMPLAINT**

FRANKLIN COLLECTION
SERVICES, INC., *Defendant*

     Serve: Franklin Collection Services, Inc.
            2978 W. Jackson Street
            Tupelo, MS 38803

\* \* \* \* \* \* \* \*

MICHELLE DUNAWAY (Plaintiff), by attorneys, KROHN & MOSS, LTD., alleges and states the following against FRANKLIN COLLECTION SERVICES, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Kentucky, therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

### PARTIES

5. Plaintiff is a natural person residing in Beattyville, Lee County, Kentucky.

-1-

-2-

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3) and, according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Tupelo, Mississippi.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. In or around June of 2011, Defendant began placing collection calls to Plaintiff in connection with an alleged debt.

11. Defendant called Plaintiff from 662-840-6720 and possibly other numbers also.

12. Plaintiff has explained to Defendant's representatives on numerous occasions that she is unable to pay the amount demanded by the deadline imposed.

13. On June 21, 2011, Defendant began calling Plaintiff at her place of employment, demanding to talk to "human resrouces" purportedly to arrange garnishment of Plaintiff's wages.

14. Defendant has repeatedly threatened Plaintiff with lawsuits and court costs if the debt was not promptly paid.

15. Despite Plaintiff's repeated pleas that calls to her home and work cease, Defendant has continued to call Plaintiff at her home and place of employment, seeking and demanding payment for an alleged debt.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on, but not limited to, the following:

   a. Defendant violated §1692c(a)(1) of the FDCPA by communicating with Plaintiff at any unusual time or place or a time or place known or which should be known to be inconvenient to Plaintiff;
   b. Defendant violated §1692c(a)(3) of the FDCPA by communicating with Plaintiff at the consumer's place of employment knowing or having reason to know that Plaintiff's employer prohibits her from receiving such communication;
   c. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;
   d. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person called at that number;
   e. Defendant violated §1692e(5) of the FDCPA by threatening to take any action that cannot be legally taken or is not intended to be taken; and
   f. Defendant violated §1692e(10) of the FDCPA by making false or deceptive representations in connection with the collection of a debt.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, MICHELLE DUNAWAY, respectfully requests judgment be entered against Defendant, FRANKLIN COLLECTION SERVICES, INC., for the following:

   a. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;
   b. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and
   c. Any other relief that this Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/ Lee Cassie Yates
Lee Cassie Yates – Atty No. 91821
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Floor
Chicago, IL 60602
(312) 578-9428
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KENTUCKY )
) ss: [redacted]
COUNTY OF Lee )

Plaintiff, MICHELLE DUNAWAY, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MICHELLE DUNAWAY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

07/11/2011
Date

*Michelle Dunaway*
MICHELLE DUNAWAY

-5-