UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**

DEC 23 2011

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 11-262-JBC

MICHELLE DUNAWAY, PLAINTIFF,

V. NOTICE OF DISMISSAL

FRANKLIN COLLECTION SERVICES, INC., DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

On December 19, 2011, the plaintiff filed a notice of settlement (R. 6) which provided notice of the plaintiff's desire to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1). The requirements for dismissal of an action under this Rule having been satisfied, all claims in the above-captioned case by the plaintiff, Michelle Dunaway, against the defendant, Franklin Collection Services, Inc., are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and this matter is **CLOSED** and stricken from the court's active docket.

This 23rd day of December, 2011.

LESLIE G. WHITMER
Clerk, United States District Court,
Eastern District of Kentucky
By: _____
Mitchell W. Zegafuse, Deputy Clerk